IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-01372-CMA-KLM

ALEX OBANDO,

    Plaintiffs,

v.

ARISTEDES W. ZAVARAS, DOC Executive Director,
TOM CLEMENTS, DOC Executive Director,
SUSAN JONES, CSP Warden,
MICHELLE NYCZ, Classification Chairperson,
JAMES OLSON, Committee Chairperson,
DAN DENNIS, Committee Member, and
JOHN DOE, CSP Assistant Administrative Head,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2011

GREGORY C. LANGHAM
                    CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This cause is before the Court on its own motion. After careful review and consideration, it now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendants.

DATED: September __15__, 2010

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01372-CMA-KLM

Alex Obando
Prisoner No. 138932
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

US Marshal Service
Service Clerk
Service forms for: Aristedes Zavaras

Tom Clements, Susan Jones, Michelle Nycz,
James Olson, and Dan Dennis  - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

James Quinn, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Aristedes Zavaras; to Keith Nordell for service of process for Tom Clements, Susan Jones, Michelle Nycz, James Olson, and Dan Dennis: AMENDED COMPLAINT FILED 07/21/11, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on September 19, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk