IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-01372-CMA-KLM

ALEX OBANDO,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, DOC Executive Director,
TOM CLEMENTS, DOC Executive Director,
SUSAN JONES, CSP Warden,
MICHELLE NYCZ, Classification Chairperson,
DAN DENNIS, Committee Member,
JOHN DOE, CSP Assistant Administrative Head, and
KEVIN L. MILYARD,

    Defendants.

## *SUA SPONTE* ORDER AMENDING NOVEMBER 20, 2012 ORDER

On November 20, 2012, this Court adopted and affirmed the October 30, 2012 Recommendation of United States Magistrate Judge Kristen L. Mix (Doc. # 74). (Doc. # 75.) The Court stated:

> Pursuant to, and as specified with detail in, the Recommendation, it is . . . ORDERED that Defendants' Motion to Dismiss or Motion for Summary Judgment (Doc. # 48) is GRANTED, and Plaintiff's Motion for Partial Summary Judgment (Doc. # 50) is DENIED AS MOOT.

(Doc. # 75 at 2.) As such, the Court dismissed without prejudice Plaintiff's Second Amended Complaint (Doc. # 39). (*Id.*)

However, lest the Court's Order engender any confusion, it is hereby ORDERED that the Court's November 20, 2012 Order is AMENDED to state – immediately before

the last line of the Order, on which the date appears – "Accordingly, it is FURTHER ORDERED that this case is DISMISSED IN ITS ENTIRETY."

DATED:  November  27 , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge